NOT DESIGNATED FOR PUBLICATION

# STATE OF LOUISIANA
# COURT OF APPEAL, THIRD CIRCUIT

## 04-308

**STATE OF LOUISIANA**

**VERSUS**

**RICHARD BENOIT**

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF VERMILION, NO. 38012
HONORABLE MARILYN CASTLE, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

## OSWALD A. DECUIR
## JUDGE

\*\*\*\*\*\*\*\*\*\*

Court composed of Ulysses Gene Thibodeaux, Chief Judge, Billie Colombaro Woodard and Oswald A. Decuir, Judges.

SENTENCE VACATED AND
CASE REMANDED.

**Richard J. Putnam, III**
**Assistant District Attorney**
**Fifteenth Judicial District Court**
**P.O. Box 175**
**Abbeville, LA 70511-0175**
**(337) 898-4320**
**Counsel for Plaintiff/Appellee:**
        **State of Louisiana**

**G. Paul Marx**
**Louisiana Appellate Project**
**P. O. Box 82389**
**Lafayette, LA 70598-2389**
**(337) 237-2537**
**Counsel for Defendant/Appellant:**
     **Richard Benoit**

**Richard Benoit**
**C. Paul Phelps Corr. Center**
**P. O. Box 1056**
**DeQuincy, LA 70633**